No. 82–1997. ROLLINS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–2003. LICENSED BEVERAGE DISTRIBUTORS ASSN. *v.* UNITED STATES; and

No. 82–2013. TEXAS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 695 F. 2d 136.

No. 82–2007. ANDREW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–2088. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES *v.* BURNS ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–2092. PETTI ET AL. *v.* UNITED STATES; and

No. 83–252. BARTOLATTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 707 F. 2d 520.

No. 82–2095. GARDNER ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC. C. A. 11th Cir. Certiorari denied.

No. 82–2139. ARMSTRONG *v.* ARMSTRONG. C. A. 9th Cir. Certiorari denied.

No. 82–2163. GARBIN *v.* Ffl1lorida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 82–6204. TOLBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6746. REED *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6794. DAVIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6808. LOCKS *v.* SUMNER, WARDEN OF SAN QUENTIN PRISON. C. A. 9th Cir. Certiorari denied.

No. 82–6862. ALLARD *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 82–6878. IVY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.